LAMKIN IP DEFENSE
Rachael D. Lamkin (246066)
One Harbor Drive, Suite 300
Sausalito, CA 94965
916.747.6091
RDL@LamkinIPDefense.com
*Attorneys for DJ Plaintiff*
*V. Sattui Winery*

Jennifer Ishimoto, SBN 211845
John Lee, SBN 229911
Banie & Ishimoto LLP
3705 Haven Ave., #137
Menlo Park, California 94025
Telephone: 650-241-2773
Email: ishimoto@banishlaw.com
Attorneys for Defendant Landmark Technology A, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. Sattui Winery<br><br>                  Plaintiff,<br><br>          v.<br><br>Landmark Technology A, LLC<br><br>                  Defendant. | Case No. 19-cv-05207-JD<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |

In light of the Court's order regarding Plaintiff V. Sattui Winery's Motion to Dismiss, the parties submit this updated joint case management statement with the parties' proposed scheduling order.

### I.    Scheduling

*Proposed dates for completion of initial ADR session, designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.*

| Event | Jointly Proposed Dates |
|---|---|
| Landmark A's LPR 3-1, 3-2 Disclosure & Production | 4/1/2021 |
| V. Sattui's LPR 3-3, 3-4 Disclosure & Production | 5/17/2021 |
| LPR 4-1 Exchange of Terms for Construction | 6/4/2021 |
| LPR 4-2 Exchange of Constructions & Evidence | 6/25/2021 |
| Landmark A's LPR 3-8 Damages Contentions | 7/07/2021 |
| LPR 4-3 Joint Claim Construction & Prehearing Statement | 8/25/2021 |
| V. Sattui's LPR 3-9 Responsive Damages Contentions | 8/6/2021 |
| Completion of Claim Construction Discovery | 9/24/2021 |
| Landmark A's Opening Claim Construction Brief | 10/4/2021 |
| V. Sattui's Responsive Claim Construction Briefs | 10/25/2021 |
| Landmark A's Reply Claim Construction Briefs | 11/1/2021 |
| ADR Deadline | Completed 60 days after Markman Order |
| Summary Judgment Motion deadline | Tbd |
| Trial | Tbd |
|  |  |

Dated: 3/3/21    *Rachael D. Lamkin*
                 Counsel for plaintiff

Dated: 3/3/21    /s/ Jen Ishimoto
                 Counsel for defendant

**CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

1